# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Laura B. Wright,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　　Defendant(s). | 2:21-cv-01235-VCF<br><br>**ORDER** |

　　　　The Ninth Circuit Court of Appeals has vacated the judgment of this court with instructions to remand this case to the Commissioner for proceedings consistent with the court of appeals' decision. (ECF No. 29).

　　　　ACCORDINGLY,

　　　　IT IS HEREBY ORDERED THAT this case is REMANDED to the Commissioner for proceedings consistent with the court of appeals decision.

　　　　DATED this 21st day of August 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE